UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL L. BRADFORD,

    Plaintiff,
v.

CAREN ALBERCOOK *et al.*,

    Defendant.
    _____/

Case No. 16-12214
Hon. Terrence G. Berg
Hon. Mona K. Majzoub

## **ORDER ADOPTING REPORT AND RECOMMENDATION**
**(Dkt. 30)**

This matter is before the Court on Magistrate Judge Mona K. Majzoub's November 28, 2017 Report and Recommendation (Dkt. 30), recommending that Plaintiff's Motion for Default Judgment (Dkt. 27), be **DENIED.**

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of

the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of November 28, 2017 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of November 28, 2017 is **ACCEPTED** and **ADOPTED**.

**SO ORDERED**.

s/Terrence G. Berg<br>
TERRENCE G. BERG<br>
UNITED STATES DISTRICT JUDGE

Dated: January 4, 2018

### Certificate of Service

I hereby certify that this Order was electronically submitted on January 4, 2018, using the CM/ECF system, which will send notification to each party.

By: s/A. Chubb<br>
Case Manager