# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANIEL L. BRADFORD,

    Plaintiff,

v.

CAREN ALBERCOOK, *et al.*,

    Defendant.

Civil Action No. 16-CV-12214
Hon. Terrence G. Berg

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (DKT. 52) AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. 34 & 35)

This matter is before the Court on Magistrate Judge Mona K. Majzoub's July 31, 2018 Report and Recommendation (Dkt. 52), recommending that Motions for Summary Judgment filed by Defendants Caren Albercook, M.D. (Dkt. 35), Michigan Department of Corrections Health Unit Manager Connie Ives (Dkt. 34), Corrections Officer James Richardson (*Id.*), and Resident Unit Manager Eric Walton (*Id.*) be granted, and that all claims against them be dismissed.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the

report and recommendations. 28 U.S.C. § 636(b)(1). As of this date, Plaintiff has not filed any objections, and the time to do so has now expired.

The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of July 31, 2018, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of July 31, 2018, (Dkt. 52) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants' Motions for Summary Judgment (Dkt. 34, 35) are **GRANTED**, and that all claims against her are **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Dated: August 21, 2018     s/Terrence G. Berg
                           TERRENCE G. BERG
                           UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on August 21, 2018, using the CM/ECF system, which will send notification to all parties.

s/A. Chubb
Case Manager